NUMBER 13-03-284-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________________


RONALD VAN METER, ET AL., Appellants,


v.



DATACOM CUSTOM MANUFACTURING, INC., Appellee.

____________________________________________________________________


On appeal from the 332nd District Court


of Hidalgo County, Texas.


____________________________________________________________________


MEMORANDUM OPINION



Before Justices Hinojosa, Yanez, and Garza


Opinion Per Curiam



 Appellants, RONALD VAN METER, ET AL., perfected an appeal from a judgment
entered by the 332nd District Court of Hidalgo County, Texas, in cause number C-1245-02-F. The clerk's record was received on May 16, 2003. No reporter's record
was filed. Appellant's brief was due on June 16, 2003. To date, no appellate brief
has been received.

 When the appellant has failed to file a brief in the time prescribed, the Court
may dismiss the appeal for want of prosecution, unless the appellant reasonably
explains the failure and the appellee is not significantly injured by the appellant's failure
to timely file a brief. Tex. R. App. P. 38.8(a)(1).

 On July 16, 2003, notice was given to all parties that this appeal was subject
to dismissal pursuant to Tex. R. App. P. 38.8(a)(1). Appellants were given ten days to
explain why the cause should not be dismissed for failure to file a brief. To date, no
response has been received.

 The Court, having examined and fully considered the documents on file,
appellants' failure to file a proper appellate brief, this Court's notice, and appellants'
failure to respond, is of the opinion that the appeal should be dismissed for want of
prosecution. The appeal is hereby DISMISSED FOR WANT OF PROSECUTION.

 PER CURIAM


Opinion delivered and filed

this the 21st day of August, 2003.